UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
for the use and benefit of
UNITED RENTALS NORTHWEST, INC.,

        Plaintiff,

  v.                                  NO. CIV. S-05-1482 LKK/PAN

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND, a Maryland
corporation; AMERI CAL CONSTRUCTION,
INC., a California corporation; and
FELIPE MARTI, an individual,

        Defendants.
                                       /

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on September 21, 2005. CHRIS McCANDLESS appeared as counsel for plaintiff; BRYAN BJORGE appeared as counsel for defendants AmeriCal Construction and Marti. After hearing, the court makes the following findings and orders:

////

1

1 **FURTHER STATUS CONFERENCE**

2     A further Status Conference is now SET for November 7, 2005
3 at 2:00 p.m.  The parties are reminded of their obligation to file
4 and serve status reports not later than ten (10) days preceding the
5 conference.
6     IT IS SO ORDERED.
7     DATED: September 21, 2005.

        /s/Lawrence K. Karlton
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

2