UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
for the use and benefit of
UNITED RENTALS NORTHWEST, INC.,

        Plaintiff,

   v.

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND, a Maryland corporation;
AMERICAL CONSTRUCTION, INC., a
California corporation; and FELIPE
MARTIN, an individual,

        Defendants.
                                 /

NO. CIV. S-05-1482 LKK/PAN

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

Counsel for all parties have informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

All hearing dates heretofore set in this matter, including the Status Conference currently set for November 7, 2005, are hereby

1

1 **VACATED.**

2 <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
3 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
4 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

5 IT IS SO ORDERED.

6 DATED: November 3, 2005.

```
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```