```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
    for the use and benefit of
12  UNITED RENTALS NORTHWEST, INC.,
                                          NO. CIV. S-05-1482 LKK/PAN
13
              Plaintiff,
14
         v.                                       O R D E R
15
    FIDELITY AND DEPOSIT COMPANY OF
16  MARYLAND, a Maryland corporation;
    AMERI-CAL CONSTRUCTION, INC.,
17  a California corporation; and
    FELIPE MARTIN, an individual,
18
              Defendants.
19                                     /
```

20     On October 28, 2005, the parties notified the court in a
21 status conference report that they had settled in principle the
22 above-captioned case. On November 3, 2005, the court ordered that
23 documents disposing of the case be filed within forty-five (45)
24 days.
25     On December 13, 2005, plaintiff filed a request for dismissal
26 of the entire action with prejudice. This request fails to comply

                                    1

1 with Fed. R. Civ. Pro. 41(a). Accordingly, the court hereby orders
2 that the parties file a stipulation of dismissal which complies
3 with the federal rules within ten (10) days of this order.
4     IT IS SO ORDERED.
5     DATED: January 5, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT